TYPE OF HEARING **R5**
CASE NO# **11-155CR**
MAGISTRATE JUDGE: Anderson
DATE: **3-25-11**
TIME: **11:00**
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

VS.

**Javier Siveroni**

GOVT. ATTY **Asoure**

DEFT'S ATTY. _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL ( )

USA is not seeking detention
Deft is remanded until bond is executed
Will retain counsel

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND _____

NEXT COURT APPEARANCE _____ TIME _____
RECORDER                      RECORDER
INDEX#      SPEAKER           INDEX #      SPEAKER

7