# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
APR 2 8 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:11CR155 |
| JAVIER SIVERONI | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Land, Clark, Carroll, Mendelson & Blair, P.C.
Attn: Custodian of Records
524 King Street
Alexandria, VA 22314

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: Judge O'Grady, 7th Floor |
|---|---|---|
| | | Date and Time: May 16, 2011 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT

Date: 04-28-11

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the United States of America , who requests this subpoena, are:

Uzo Asonye, AUSA
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700

## ATTACHMENT

Land, Clark, Carroll, Mendelson & Blair, P.C.
Attention: Custodian of Records
524 King Street
Alexandria, VA 22314

Please provide copies of all records, writings, and documents relating to any and all mortgage loans for the following individual, including, but not limited to the settlement file for **210 Longview Drive, Alexandria, Virginia** by **Javier Siveroni**, on or about **08/12/2003**. This file may also be identified by the file number **03-363**.

This directive to produce documents includes, but is not limited to, the following records:

a. <u>Account/Loan applications</u>, including original application for loan, sale and/or contract information, certificates of incorporation, corporate resolutions and minutes, partnership agreements and powers of attorney;
b. Method of payment and complete payment history, including the following documents:
   1. Canceled checks (front and back), including canceled checks used for withdrawal purposes, and/or withdrawal slips and items of withdrawal (front and back);
   2. Copies of money orders;
c. Any and all correspondence, memoranda, letters of credit and notations relating to the account(s);
d. Records of wire transfers to, from and/or on behalf of the account(s), including requests and/or authorizations for such transfers, notifications, telexes, and /or other documentation; and
e. Any other records relating to financial, or other matters, transacted by or on behalf of the account(s).
f. Personal identifiers and addresses associated with the accountholder(s);
g. Photocopies of local, state, or Federal income tax returns;
h. All records or documents submitted by applicant in support of loan application;
i. Housing and Urban Development (HUD) statement;
j. Records of account service or account changes;
k. Escrow account information;
l. Documents related to previous loan servicer;
m. Records pertaining to property/casualty provider, as well as any claims or disbursements;
n. Reconciliation sheet, monthly statements;
o. Verification of employment and/or income;
p. Current loan payoff;

q.  Foreclosure or collection status and losses estimated or sustained, if applicable.

**THIS SUBPOENA DOES NOT SEEK THE PRODUCTION OF ATTORNEY-CLIENT PRIVILEGED DOCUMENTS OR ATTORNEY WORK PRODUCT.**