IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 1:11-CR-155 |
| JAVIER SIVERONI, | ) | |
| | ) | |
| Defendant. | ) | |

PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk:

Please enter the appearance of Charles F. Connolly, Assistant United States Attorney for the Eastern District of Virginia, as counsel for the United States in the above-captioned matter.

                                                        Neil H. MacBride
                                                        United States Attorney


By:      /s/
           Charles F. Connolly
           Assistant United States Attorney
           U.S. Attorney's Office
           2100 Jamieson Avenue
           Alexandria, VA 22314
           Ph:  703.299.3700
           Fax:  703.299.3981
           Charles.Connolly@usdoj.gov