Date: 11-04-11      **SENTENCING**      Judge: O'GRADY
Time: 9:25 To 9:46      Reporter: Kitty Elias w/Rudiger & Green
Interpreter: _____
Language: _____

**UNITED STATES of AMERICA**

Case Number: 1:11CR00155-001

V.

**JAVIER SIVERONI**
Counsel/Govt: Uzo Asonye      Counsel/Deft: Fred Sinclair
Court adopts PSI (X) with exceptions: For the reasons stated in open court, the court imposed a sentence below the guideline range pursuant to the factors set forth in 18 USC 3553.

**SENTENCING GUIDELINES:**
Offense Level: 26
Criminal History: 1
Imprisonment Range: 63 to 78 months
Supervised Release Range: 1 to 3 years
Fine Range: $ 12,500.00 to $125,000.00
Restitution $ -0-
Special Assessment $ 100   ( ) Satisfied    ( ) Unsatisfied, due immediately

Court departs from Guidelines pursuant to:
___ USSG 5H1.3 and 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: _____

**JUDGMENT OF THE COURT:**
BOP for TWENTY FOUR (24) MONTHS
Supervised Release for TWO (2) YEARS with special conditions: (x) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of _____ due immediately/ monthly installments of $_____ to begin w/in _____ days of release from custody/imposition of sentence
( X ) Fine/Costs of incarceration waived

**SPECIAL CONDITIONS:**
_____ Dft. shall maintain uniform good behavior.
_____ Dft. to remain drug free, submit to In/Out patient testing as directed. Dft shall waive all rights of confidentiality.
_____ Dft. shall perform _____ of community service during the period of supervision as directed by the probation officer.
_____ No new credit
_____ Access to all financial records.
_____ Pay for the support of his children in the amount ordered by any social service agency or Court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on the defendant's financial circumstances.
_____ Pay restitution of $_____ to be paid jointly and severally with co-defendant, as directed by the probation officer.
__X__ Drug testing waived however, this does not preclude the probation officer from administering drug tests as deemed appropriate.
_____ Home Confinement Program for a period of _____ months as directed by the probation officer.
_____ Dft. must fully cooperate w/Bureau of Immigration and Customs Enforcement and, if deported, shall remain outside the United States..

**RECOMMENDATIONS to BOP:**
__X__ Dft. to be designated to: FCC Cumberland, Maryland to be near family.
_____ Dft. to participate in 500 hrs Intensive Drug Treatment Program

**Defendant shall surrender once designated by the Bureau of Prisons as directed by the probation officer.**