IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **Criminal No. 1:11CR155** |
| | ) |
| JAVIER IGNACIO SIVERONI, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## RESTITUTION ORDER

1. The defendant is sentenced to pay restitution in the amount of **$2,631,402.22** jointly and severally with any co-defendants/co-conspirators who are ordered to pay restitution for the same loss.[1]

2. The amount of restitution paid to a victim shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and the victims' respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:

   ✓ is waived.

   _____ accrues as provided in 18 U.S.C. § 3612(f).

5. Restitution is due immediately, and notwithstanding any other provision of this Restitution Order, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, to comply with the provisions of the

---

[1] The presently known co-defendant/co-conspirators are Yolanda Salazar Camacho (1:11CR136) who was sentenced June 10, 2011 and ordered to pay $426,650.27 in restitution and Maria Teresa Sanchez (1:11CR139) who was sentenced September 16, 2011 and ordered to pay $942,817.18 in restitution.

financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. The defendant shall pay to the Clerk at least $ _100,_ per month or _____ percent of net income, whichever is greater, beginning

_____under direction of P.O_____.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. Priority of Payments to Victims.

a. All other victims shall be paid in full first. The Clerk of Court shall distribute the funds to these victims on a pro rata basis. That is, each direct victim shall be entitled to a share in the proceeds in an amount equal to the percentage that each direct victim's loss is of the losses of all the direct victims. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

b. Pursuant to 18 U.S.C. § 3664(j)(1), the provider of compensation, United Guaranty Residential Insurance Company of North Carolina shall be paid last.

_____/s/_____
Honorable Liam O'Grady
United States District Judge

ENTERED this _4th_ day of November, 2011.

at Alexandria, Virginia

2

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

Uzo Asonye
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
Facsimile -703-299-3981
E-Mail - Uzo.Asonye@usdoj.gov

SEEN AND AGREED:

Javier Ignacio Siveroni
Defendant

Alan H. Yamamoto
Counsel for Defendant
643 South Washington Street
Alexandria, Virginia 22314
Telephone - 703-684-4700
Facsimile - 703-684-6643
E-Mail - yamamoto.law@verizon.net

J. Frederick Sinclair
Counsel for Defendant
100 North Pitt Street, Suite 200
Alexandria, Virginia 22314
Telephone - 703-299-0600
Facsimile - 703-299-0603
Email - jfredsinclair@yahoo.com

3